IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                            CRIMINAL ACTION NO.: 3:10CR170-SA

SAMUEL MILLER                                                    DEFENDANT

ORDER REGARDING SURRENDER

Defendant Miller's Report Date to the Bureau of Prisons has been extended by prior Court Order [52] due to medical issues. The Court has received notification that Miller has reached medical capability for incarceration. The Bureau of Prisons has indicated it needs some time to re-designate the proper facility for Miller due to his medical history.

Accordingly, Miller shall self-surrender on Monday April 28, 2014, per the instructions of the United States Probation Service and United States Marshals Service.

SO ORDERED, this the 1st day of April, 2014.

                                                  **/s/ Sharion Aycock**
                                                 **U.S. DISTRICT JUDGE**